1  MORGAN, LEWIS & BOCKIUS LLP
   Roberta H. Vespremi, State Bar No. 225067
2  rvespremi@morganlewis.com
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel:    +1.415.442.1000
4  Fax:    +1.415.442.1001

5  Jeffrey A. Sturgeon (admitted *pro hac vice*)
   jsturgeon@morganlewis.com
6  Brandon J. Brigham (admitted *pro hac vice*)
   bbrigham@morganlewis.com
7  1701 Market Street
   Philadelphia, PA  19103-2921
8  Tel:    +1.215.963.5000
   Fax:    +1.215.963.5001
9
   Attorneys for Defendants
10 GREATER BAY BANCORP EXECUTIVE
   COMPENSATION BENEFITS PLAN and WELLS FARGO
11 BANK, N.A.

12 *Additional counsel on signature page*

13                  UNITED STATES DISTRICT COURT
14                  NORTHERN DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| SUSAN K. BLACK, an individual; STEVEN C. SMITH, an individual; KIMBERLY S. BURGESS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> GREATER BAY BANCORP EXECUTIVE SUPPLEMENTAL COMPENSATION BENEFITS PLAN, WELLS FARGO BANK, a National Association, <br><br> Defendants. | Case No. 3:16-cv-00486-EDL <br><br> **STIPULATION TO CONTINUE AND RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION REGARDING
INITIAL CASE MANAGEMENT
CONFERENCE
CASE NO. 3:16-CV-00486-EDL

1  Pursuant to Civil Local Rules 6-2 and 7-12, plaintiffs Susan Black, Steven C. Smith, and
2  Kimberly Burgess ("Plaintiffs") and defendants Greater Bay Bancorp Executive Supplemental
3  Compensation Benefits Plan and Wells Fargo Bank, N.A. ("Defendants") (collectively, the
4  "Parties") through their undersigned counsel of record, stipulate to continue and reschedule the
5  Initial Case Management Conference as follows:

6  WHEREAS, Plaintiffs filed the Complaint on January 28, 2016;

7  WHEREAS, on or about January 28, 2016 the Court issued an order scheduling the initial
8  case management conference for May 3, 2016;

9  WHEREAS, Defendants moved to dismiss the Complaint on February 25, 2016;

10  WHEREAS, Plaintiffs filed an Amended Complaint on April 6, 2016;

11  WHEREAS, the Parties agree that in light of the filing of the Amended Complaint, the
12  Initial Casement Management should be continued;

13  IT IS HEREBY STIPULATED pursuant to Local Rules 6-2 & 7-12 by and between the
14  Parties hereto, through their respective attorneys of record, that the initial Case Management
15  Conference is continued and rescheduled from May 3, 2016 to June 7, 2016 and all attendant
16  deadlines are reset as well.

17  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

19  Dated: April 13, 2016                    MORGAN, LEWIS & BOCKIUS LLP

20                                          By  /s/ Brandon J. Brigham
                                               Jeffrey A. Sturgeon
21                                             (admitted *pro hac vice*)
                                               Roberta H. Vespremi
22                                             Brandon J. Brigham
                                               (admitted *pro hac vice*)
23                                             Attorneys for Defendants

24                                          GREATER BAY BANCORP EXECUTIVE
                                            SUPPLEMENTAL COMPENSATION
25                                          BENEFITS PLAN and WELLS FARGO
                                            BANK, N.A.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION REGARDING
INITIAL CASE MANAGEMENT
CONFERENCE
CASE NO. 3:16-CV-00486-EDL

| | |
|---|---|
| Dated: April 13, 2016 | BASSI, EDLIN, HUIE & BLUM LLP |
| | By */s/ Fred M. Blum* |
| | Fred M. Blum |
| | Vivy D. Dang |
| | Attorneys for Plaintiffs |
| | |
| | SUSAN K. BLACK, STEVEN C. SMITH, AND KIMBERLY S. BURGESS |

Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Brandon J. Brigham, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of April, 2016.

| | |
|---|---|
| Dated: April 13, 2016 | */s/ Brandon J. Brigham* |
| | Brandon J. Brigham |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

| | |
|---|---|
| Dated: April 14, 2016 | By: *Elizabeth D. Laporte* |
| | Honorable Elizabeth Laporte |
| | United States Magistrate Judge |