FRED M. BLUM, ESQ. (SBN 101586)
fblum@behblaw.com
VIVY D. DANG, ESQ. (SBN 297714)
vdang@behblaw.com
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:   (415) 397-1339

TERESA S. RENAKER, ESQ. (SBN 187800)
teresa@renakerhasselman.com
MARGARET E. HASSELMAN (SBN 228529)
margo@renakerhasselman.com
RENAKER HASSELMAN LLP
213 Montgomery Street, Suite 944
San Francisco, CA 94101
Telephone:   (415) 653-1733

Attorneys for Plaintiffs
SUSAN K. BLACK, STEVEN C. SMITH
AND KIMBERLY S. BURGESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN K. BLACK, an individual; STEVEN C. SMITH, an individual; KIMBERLY S. BURGESS, an individual,,<br><br>Plaintiffs,<br><br>vs.<br><br>GREATER BAY BANCORP EXECUTIVE SUPPLEMENTAL COMPENSATION BENEFITS PLAN, WELLS FARGO BANK, a National Association ,<br><br>Defendants. | Case No. 3:16-cv-00486-EDL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFFS' DEADLINE TO FILE A SECOND AMENDED COMPLAINT** |

Plaintiffs Susan Black, Steven C. Smith, and Kimberly Burgess ("Plaintiffs") and Defendants Greater Bay Bancorp Executive Supplemental Compensation Benefits Plan and Wells Fargo Bank, N.A. ("Defendants") (collectively, the "Parties") through their undersigned

1744881

---

1

JOINT STIPULATION EXTENDING PLAINTIFFS' DEADLINE TO FILE A SECOND AMENDED COMPLAINT

counsel of record, stipulate to extend Plaintiffs' deadline to file their second amended complaint, pursuant to the Court's July 25, 2016 Order granting Defendants' Motion to Dismiss with leave to amend (the "Order") as follows.

WHEREAS, on July 25, 2016, the Court ordered that within 21 days of the date of the Order, "Plaintiffs shall amend their complaint to include: (1) more specific allegations as to the Plan terms that they believe support their entitlement to an additional true-up; (2) any factual allegations to support their theory of an alleged structural conflict of interest that influenced Wells Fargo's benefits determination; (3) a demand for reformation, provided that Plaintiffs have a good faith basis to amend their §1132(a)(3) claim to seek this remedy; and (4) more specific allegations regarding Defendants' alleged breach(es) of fiduciary duty and when they occurred;

WHEREAS, pursuant to the Order, Plaintiffs' deadline to file their Second Amended Complaint is August 15, 2016;

WHEREAS, Plaintiffs' counsel has moved his residence and has missed a significant portion of work since the Order was issued;

WHEREAS, the Parties have agreed to a two week extension for Plaintiffs to file their Second Amended Complaint;

WHEREAS, the new deadline for Plaintiffs to file their Second Amended Complaint is August 29, 2016;

IT IS HEREBY STIPULATED by and between the Parties hereto, through their respective attorneys of record, that the deadline by which Plaintiffs must file their Second Amended Complaint is extended from August 15, 2016 to August 29, 2016.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

1744881

Dated: August 12, 2016					MORGAN, LEWIS & BOCKIUS LLP

							By  */s/ Brandon Brigham*
							    Jeffrey A. Sturgeon
							    (admitted *pro hac vice*)
							    Roberta H. Vespremi
							    Brandon J. Brigham
							    (admitted *pro hac vice*)
							    Attorneys for Defendants

							GREATER BAY BANCORP EXECUTIVE SUPPLEMENTAL COMPENSATION BENEFITS PLAN and WELLS FARGO BANK, N.A.

Dated: August 12, 2016					BASSI, EDLIN, HUIE & BLUM LLP

							By  */s/ Fred M. Blum*
							    Fred M. Blum
							    Vivy D. Dang
							    Attorneys for Plaintiffs

							SUSAN K. BLACK, STEVEN C. SMITH, AND KIMBERLY S. BURGESS

Dated: August 12, 2016					RENAKER HASSELMAN LLP

							By  */s/ Teresa Renaker*
							    Teresa Renaker
							    Margaret Hasselman
							    Attorneys for Plaintiffs

							SUSAN K. BLACK, STEVEN C. SMITH, AND KIMBERLY S. BURGESS

1744881

3

JOINT STIPULATION EXTENDING PLAINTIFFS' DEADLINE TO FILE A SECOND AMENDED COMPLAINT

1  Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Fred M. Blum, attest that concurrence
2  in the filing of this document has been obtained from each of the other signatories.  I declare
3  under penalty of perjury under the laws of the United States of America that the foregoing is true
4  and correct.  Executed this 12th day of August, 2016.

6  Dated:  August 12, 2016                                                 */s/ Fred M. Blum*
                                                                                    Fred M. Blum

9  PURSUANT TO STIPULATION, IT IS SO ORDERED.

12  Dated:  August 15, 2016
                                                                    By:  *Elijah D. Laporte*
13                                                                         Honorable Elizabeth Laporte
                                                                                 United States Magistrate Judge

1744881